| | |
|---|---|
| United States District Court<br>Southern District of New York | 1:21-cv-03124-KPF |
| Kevin Kelly, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>               - against -<br><br>Whole Foods Market Group, Inc.,<br><br>                    Defendant | <br><br><br><br><br>Notice of Voluntary Dismissal |

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   August 21, 2021

                                                      Respectfully submitted,

                                                      Sheehan & Associates, P.C.

                                                      /s/Spencer Sheehan<br>
                                                      Spencer Sheehan<br>
                                                      60 Cuttermill Rd Ste 409<br>
                                                      Great Neck NY 11021-3104<br>
                                                      Tel: (516) 268-7080<br>
                                                      Fax: (516) 234-7800<br>
                                                      spencer@spencersheehan.com

Certificate of Service

I certify that on August 21, 2021, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan